DAYLE ELIESON
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Alexandra.m.michael@usdoj.gov

Plaintiff Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-cr-00332-JCM-PAL |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| ANTONIO NUNEZ, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, Telia Williams, Esq., counsel for defendant ANTONIO NUNEZ that the sentencing hearing currently scheduled for February 27, 2018, at the hour of 10:30 am, be vacated and continued to a future date no sooner than sixty (60) days and on a date and at a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The undersigned AUSA will be unavailable on February 27, 2018 for the currently schedule sentencing hearing.

2. Defense counsel is awaiting release forms from the defendant, which must be given to U.S. Probation in order to assist in preparing the confidential information contained in the defendant's Pre-Sentence Report (PSR). The defendant has mailed these signed releases to his counsel, but from out of the jurisdiction, and they have not yet been received.

3. The parties agree to the additional time.

4. The defendant is not in custody and does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

DAYLE ELIESON
United States Attorney

/s/ Alexandra Michael

ALEXANDRA MICHAEL
Assistant United States Attorney

/s/ Telia Williams
_____
TELIA WILLIAMS, Esq.
Counsel for Defendant ANTONIO NUNEZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA, )
) Case No: 2:16-cr-00332-JCM-PAL
    Plaintiff, )
) ORDER TO CONTINUE SENTENCING
vs. ) DATE
)
ANTONIO NUNEZ, )
)
    Defendant. )
)

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The undersigned AUSA will be unavailable on February 27, 2018 for the currently schedule sentencing hearing.

2. Defense counsel is awaiting release forms from the defendant, which must be given to U.S. Probation in order to assist in preparing the confidential information contained in the defendant's Pre-Sentence Report (PSR). The defendant has mailed these signed releases to his counsel, but from out of the jurisdiction, and they have not yet been received.

3. The parties agree to the additional time.

4. The defendant is not in custody and does not object to the continuance.

5. This is the first request for a continuance of the sentencing date.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the end of justice would best be served if

1 | Defendant's sentencing was rescheduled.

## ORDER

IT IS ORDERED that the sentencing hearing currently scheduled for February 27, 2018, at 10:30am be vacated and continued to **April 30, 2018 at 10:00 a.m.**

DATED January 22, 2018.

_____
UNITED STATES DISTRICT JUDGE