1  DAYLE ELIESON
   United States Attorney
2  ALEXANDRA M. MICHAEL
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6503
   Alexandra.m.michael@usdoj.gov
5  *Attorneys for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00332-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| ANTONIO NUNEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Antonio Nunez, and Alexandra M. Michael, Esq., Assistant United States Attorney, that the sentencing and disposition hearing currently scheduled for April 30, 2018 at 10:00am, be vacated CONTINUED FOR FORTY-FIVE (45) DAYS, and to the date and time in the proposed order attached herein.

This Stipulation is entered into for the following reasons:

1. Counsel for Nunez has experienced a couple of family emergencies, and has two criminal appellate briefs that are imminently due that require her attention, and

1. which may not be continued without undue prejudice to her clients.
2. In addition, counsel and the defendant would like to meaningfully confer in person prior to sentencing, which will require them to travel to California or Nevada or meeting in the middle, which will require Mr. Nunez to get time off from work and make family arrangements, and/or counsel to obtain travel funds.
3. Counsel for the defense has spoken to her client on this case, Antonio Nunez, who is out of custody, and has no objection to the continuance.
4. Additionally, counsel for the United States has no objection to this continuance.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing and disposition until a date and time convenient to the court.
6. This is the second request for a continuance of the sentencing.

DATED: April 17, 2018

| LAW OFFICE OF TELIA U. WILLIAMS | ACTING UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Telia U. Williams* | By: */s/ Alexandra M. Michael* |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Dayle Elieson, Esq.<br>Alexandra M. Michael, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

DAYLE ELIESON
United States Attorney
ALEXANDRA M. MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6503
Alexandra.m.michael@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00332-JCM-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ANTONIO NUNEZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Antonio Nunez to continue the sentencing and disposition of this case for forty-five (45) days, is entered into for the following reasons:

1. Counsel for Nunez has experienced a couple of family emergencies and has two criminal appellate briefs that are imminently due that require her attention, and which may not be continued without undue prejudice to her clients.

2. Counsel for Mr. Nunez has spoken to her client, who is out of custody, who has no objection to the continuance.

3. Counsel for the United States has no objection to the continuance.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing and disposition until a date and time convenient to the court. This is the second request for continuance of the sentencing filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing and disposition currently scheduled for April 30, 2018 at 10:30am, be continued to the **13th day of June, 2018 at 10:30 a.m.**

DATED this 25th day of April, 2018.

                                                  UNITED STATES DISTRICT JUDGE